## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| JORY ANGILERI, | - |
| Plaintiffs, | - |
| v. | - Case No: 3:18-cv-50346 |
| ELAN FINANCIAL SERVICES, | - |
| Defendant. | - |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, JORY ANGILERI ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate the Initial Status Hearing set for December 20, 2018, and all future dates currently set on calendar for the present matter.

Dated: December 12, 2018       Respectfully Submitted,

By: /s/ Adam T. Hill
Adam T. Hill, Esq.
ahill@consumerlawcenter.com
KROHN & MOSS, LTD.
10 N. Dearborn Street, 3rd Floor
Chicago, IL 60602
T: (312) 578-9428 ext 242
F: (866) 861-1390

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2018, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

By: /s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff