UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Western Division

Jory Angileri
              Plaintiff,

v.                                     Case No.: 3:18–cv–50346
                                           Honorable Philip G. Reinhard

Elan Financial Services
              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 13, 2018:

    MINUTE entry before the Honorable Iain D. Johnston: Notice of settlement [13] received and reviewed. The initial status hearing set for 12/20/2018 is stricken, as is the 12/14/2018 deadline for the joint initial written status report. The notice of voluntary dismissal or stipulation to dismiss shall be filed by 2/13/2019. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.